

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00349-CV

IN THE INTEREST OF F.S. AND H.R.,
CHILDREN

§ On Appeal from the 393rd District
Court

§

of Denton County (18-2535-393)

§

January 23, 2020

§

Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there

was no error in the trial court's judgment. It is ordered that the judgment of the trial

court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth